IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL NO. 9:22-cv-80235-RAR

**NATHAN J. ROWAN,** *individually and on behalf of others similarly situated*,

    Plaintiff,

v.

**UNITED ENROLLMENT SERVICES LLC, ET AL.**

    Defendants.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT UNITED ENROLLMENT SERVICES, LLC

Plaintiff, Nathan J. Rowan ("Plaintiff"), and Defendant, United Enrollment Services, LLC ("UES"), hereby file this Joint Notice of Settlement notifying the Court that they have entered into a settlement agreement that fully resolves Plaintiff's individual claims in this action against UES, without prejudice as to any claims of the putative class members against UES. Pursuant to Federal Rule of Civil Procedure 41(a) and their settlement agreement, Plaintiff and UES anticipate filing a stipulation of dismissal to this effect within the coming weeks.

The settlement does not include Defendant Adroit Health Group, LLC ("Adroit"), and Plaintiff will continue to pursue the putative class claims against Adroit.

Dated July 13, 2022                Respectfully submitted,

                                              UNITED ENROLLMENT SERVICES, LLC

                                              By counsel

                                              /s/*Carl Taylor Smith*
                                              Carl Taylor Smith (Florida Bar No. 1003543)

Joseph P. Bowser (admitted *pro hac vice*)
ROTH JACKSON
1519 Summit Ave, Suite 102
Richmond, Virginia  23230
Telephone:	(804) 441-8701
Facsimile:	(804) 441-8438
E-Mail:	tsmith@rothjackson.com
	jbowser@rothjackson.com
*Counsel for United Enrollment Services, LLC*

and

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative classes*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2022, I electronically filed the foregoing Joint Notice of Settlement between Plaintiff and Defendant United Enrollment Services, LLC using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record as follows:

Avi Robert Kaufman
Kaufman P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
(305)-469-5881
kaufman@kaufmanpa.com

and

Stefan Louis Coleman
Law Offices of Stefan Coleman, P.A.
201 S Biscayne Blvd, 28th Floor
Miami, FL 33131
(877) 333-9427
law@stegancoleman.com

*Counsel for Plaintiff*

and

Jamey R. Campellone
Greenspoon Marder LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
(954) 527-4027
jamey.campellone@gmlaw.com

*Counsel for Defendant,*
*Adroit Health Group, LLC*

                                                      /s/ *Carl Taylor Smith*
                                                      Carl Taylor Smith