IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL NO. 9:22-cv-80235-RAR

**NATHAN J. ROWAN,** *individually and on behalf of others similarly situated*,
        Plaintiff,

v.

**UNITED ENROLLMENT SERVICES LLC, ET AL.**
        Defendants.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan J. Rowan ("Plaintiff") and Defendant Adroit Health Group, LLC ("Adroit") stipulate and agree to the dismissal of all claims by Plaintiff against Adroit without prejudice. Unless either party seeks to reopen this case prior to August 12, 2022, the parties stipulate and agree that this dismissal of all individual claims by Plaintiff against Adroit shall be automatically converted to a dismissal with prejudice, and the dismissal of the putative class's claims shall remain without prejudice. Each party shall bear its own respective costs and attorneys' fees.

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff Nathan Rowan and the putative classes*

/s/ *Jamey R. Campellone*
Jamey R. Campellone
Fla. Bar. No. 119861
Greenspoon Marder LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

(954) 527-6296
jamey.campellone@gmlaw.com
*Counsel for Defendant Adroit Health Group, LLC*