UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80235-RAR

**NATHAN J. ROWAN**,

    Plaintiff,

v.

**UNITED ENROLLMENT SERVICES LLC**, *et al.*,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement between Plaintiff and Defendant United Enrollment Services, LLC [ECF No. 27] ("Notice") and the Joint Stipulation of Voluntary Dismissal between Plaintiff and Defendant Adroit Health Group, LLC [ECF No. 29] ("Joint Stipulation"), indicating that all parties have reached an agreement to resolve this matter. The Court having carefully reviewed the file, the Notice, the Joint Stipulation, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant United Enrollment Services, LLC shall file a stipulation of dismissal **on or before August 12, 2022**.

2. Pursuant to Plaintiff and Defendant Adroit Health Group, LLC's Joint Stipulation of Voluntary Dismissal, should neither party seek to reopen this case prior to **August 12, 2022**, the Court will enter the requisite Order of Dismissal as defined by the parties in the Joint Stipulation.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of July, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record