# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CIVIL NO. 9:22-cv-80235-RAR**

**NATHAN J. ROWAN,** *individually and on behalf of others similarly situated*,

        Plaintiff,

v.

**UNITED ENROLLMENT SERVICES LLC, ET AL.**

        Defendants.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT UNITED ENROLLMENT SERVICES, LLC

COMES NOW, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nathan Rowan ("Plaintiff"), Defendant United Enrollment Services, LLC ("UES"), and Defendant Adroit Health Group, LLC ("Adroit"), hereby stipulate that Plaintiff's individual claims in this action against UES shall be dismissed with prejudice, and without prejudice as to any claims of the putative class members against UES, and with Plaintiff and UES bearing their own respective fees and costs.

This stipulation does not relate to Plaintiff's individual or putative class claims against Defendant Adroit Health Group, LLC, which is now subject to the Joint Stipulation of Voluntary Dismissal (ECF No. 29) and the Court's Order Administratively Closing Case (ECF No. 30).

SO STIPULATED:

/s/*Carl Taylor Smith*  
Carl Taylor Smith (Florida Bar No. 1003543)  
Joseph P. Bowser (admitted *pro hac vice*)

/s/ *Avi R. Kaufman*  
Avi R. Kaufman (FL Bar no. 84382)  
kaufman@kaufmanpa.com

ROTH JACKSON
1519 Summit Ave, Suite 102
Richmond, Virginia 23230
Telephone:   (804) 441-8701
Facsimile:    (804) 441-8438
E-Mail:        tsmith@rothjackson.com
                   jbowser@rothjackson.com

*Counsel for United Enrollment Services, LLC*

/s/ *Jamey R. Campellone*
Jamey R. Campellone
Greenspoon Marder LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
(954) 527-4027
jamey.campellone@gmlaw.com

*Counsel for Defendant Adroit Health Group, LLC*

Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff Nathan Rowan and the putative classes*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 2, 2022, I electronically filed the foregoing Stipulation of Dismissal with prejudice as to Defendant United Enrollment Services, LLC using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record as follows:

Carl Taylor Smith (Florida Bar No. 1003543)
Joseph P. Bowser (admitted pro hac vice)
ROTH JACKSON
1519 Summit Ave, Suite 102
Richmond, Virginia 23230
Telephone:    (804) 441-8701
Facsimile:    (804) 441-8438
E-Mail:       tsmith@rothjackson.com
              jbowser@rothjackson.com

*Counsel for United Enrollment Services, LLC*

and

Jamey R. Campellone
Greenspoon Marder LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
(954) 527-4027
jamey.campellone@gmlaw.com

*Counsel for Adroit Health Group, LLC*

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)