UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80235-RAR

**NATHAN J. ROWAN**,
*individually and on behalf of those similarly situated*,

      Plaintiff,

v.

**UNITED ENROLLMENT SERVICES, LLC**, *et al.*,

      Defendant.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT UNITED ENROLLMENT SERVICES, LLC

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant United Enrollment Services, LLC [ECF No. 31], filed on August 2, 2022. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* as to Plaintiff's individual claims in this action against United Enrollment Services, LLC, and is **DISMISSED** *without prejudice* as to any claims of the putative class members against United Enrollment Services, LLC. Plaintiff and United Enrollment Services, LLC shall bear their own respective attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of August, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**