UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80235-RAR

**NATHAN J. ROWAN**,
*individually and on behalf of those similarly situated*,

      Plaintiff,

v.

**UNITED ENROLLMENT SERVICES, LLC**, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL AS TO DEFENDANT ADROIT HEALTH GROUP, LLC

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal [ECF No. 29] ("Stipulation"), filed on July 21, 2022. As of August 12, 2022, neither party has sought to reopen this case. Therefore, the Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to all individual claims by Plaintiff against Adroit, with each party to bear its own costs and attorneys' fees. This case is **DISMISSED** *without prejudice* as to all putative class member claims.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of August, 2022.

                                                                            **RODOLFO A. RUIZ II**
                                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record